William F. Dougherty (WD-8719)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| EASTMED SHIPPING & INTERNATIONAL SERVICES, S.A.E.,<br><br>Plaintiff,<br><br>-against-<br><br>AL SHARK FOR TRADE AND DISTRIBUTION, a.k.a. AL SHARK CO., a.k.a. EL SHARK CO., a.k.a. EL SHARK FOR TRADING, a.k.a. EL SHROUK FOR FOOD INDUSTRIES, a.k.a. EL SHARK FOR TRADE & DISTRIBUTION, EL GEBALY FOR FOOD INDUSTRIES CO., a.k.a. EL GEBALY CO., a.k.a. EL GEBALY FOR IMPORT AND EXPORT and AL EMAN COMPANY FOR IMPORT AND EXPORT, a.k.a. AL EMAN CO., a.k.a. EL EMAN CO. FOR IMPORT & EXPORT, a.k.a. EL EMAN CO., a.k.a. EL EMAN FOR IMPORT AND EXPORT,<br><br>Defendants. | <br><br>ECF CASE |

### RULE 7.1 STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Eastmed Shipping & International Services, S.A.E. hereby represents to this Honorable Court that said plaintiff does not have a corporate parent nor is there any publicly-held corporation that owns 10% or more of its stock.

Dated:   New York, NY
        April 26, 2007

BURKE & PARSONS
Attorneys for Plaintiff
EASTMED SHIPPING &
INTERNATIONAL SERVICES, S.A.E.

By _____
    William F. Dougherty (WD-8719)
100 Park Avenue
New York NY  10017-5533
(212) 354-3800

\\BPIBM346\BP_E\CM\8997_EMS\BP_DOC\0001.DOC