William F. Dougherty (WD-8719)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EASTMED SHIPPING & INTERNATIONAL SERVICES, S.A.E.,<br><br>Plaintiff,<br><br>-against-<br><br>AL SHARK FOR TRADE AND DISTRIBUTION, a.k.a. AL SHARK CO., a.k.a. EL SHARK CO., a.k.a. EL SHARK FOR TRADING, a.k.a. EL SHROUK FOR FOOD INDUSTRIES, a.k.a. EL SHARK FOR TRADE & DISTRIBUTION, EL GEBALY FOR FOOD INDUSTRIES CO., a.k.a. EL GEBALY CO., a.k.a. EL GEBALY FOR IMPORT AND EXPORT and AL EMAN COMPANY FOR IMPORT AND EXPORT, a.k.a. AL EMAN CO., a.k.a. EL EMAN CO. FOR IMPORT & EXPORT, a.k.a. EL EMAN CO., a.k.a. EL EMAN FOR IMPORT AND EXPORT,<br><br>Defendants. | 07 CV 3327 (DC)<br><br><br><br><br><br>Electronically Filed |

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK     )

COUNTY OF NEW YORK )

I, WILLIAM F. DOUGHERTY, having been duly authorized to make service of the Process of Maritime Attachment and Garnishment in the above captioned action, hereby depose and say:

1. I am not a party to the action, am over 18 years of age and reside at 606 Gilbert Avenue, Pearl River, New York 10965.

2. At 2:54 pm on the 1st day of May 2007, I personally served garnishee, American Express Bank Ltd., a copy of:

    (1) three Processes of Maritime Attachment and Garnishment directed to American Express Bank Ltd.;

    (2) the *Ex Parte* Order for Process of Maritime Attachment;

    (3) Order Appointing Special Process Server; and

    (4) Verified Complaint filed in this action.

3. I served garnishee American Express Bank Ltd. by leaving copies of the foregoing documents at American Express Bank Ltd.'s office and place of business located at 200 Vessey Street, New York, New York with Evelyn Perez-Ruiz, who stated that she is employed with garnishee American Express Bank Ltd. as an "Administrative Assistant, Counsel's Office".

_____
William F. Dougherty

Subscribed and sworn to before me this
3rd day of May 2007

_____
Notary Public

Penny S. Martinez
Notary Public State of New York
No. 01MA4865021 Qualified in Suffolk County
Certificate Filed in New York County
Commission Expires 29 September 2010

0017.DOC

AFFIDAVIT OF SERVICE                                                                 Page 2 of 2