William F. Dougherty (WD-8719)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/07
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTMED SHIPPING &
INTERNATIONAL SERVICES, S.A.E.,

        Plaintiff,

-against-

AL SHARK FOR TRADE AND
DISTRIBUTION, a.k.a. AL SHARK CO.,
a.k.a. EL SHARK CO., a.k.a. EL SHARK FOR
TRADING, a.k.a. EL SHROUK FOR FOOD
INDUSTRIES, a.k.a. EL SHARK FOR
TRADE & DISTRIBUTION, EL GEBALY
FOR FOOD INDUSTRIES CO., a.k.a. EL
GEBALY CO., a.k.a. EL GEBALY FOR
IMPORT AND EXPORT and AL EMAN
COMPANY FOR IMPORT AND EXPORT,
a.k.a. AL EMAN CO., a.k.a. EL EMAN CO.
FOR IMPORT & EXPORT, a.k.a. EL EMAN
CO., a.k.a. EL EMAN FOR IMPORT AND
EXPORT,

        Defendants.

---

07 CV 3327 (DC)

Electronically Filed

NOTICE AND ORDER OF
PARTIAL VOLUNTARY
DISMISSAL AS AGAINST
DEFENDANT AL SHARK

    The plaintiff's claim against Al Shark for Trade and Distribution, a/k/a Al Shark Co., a/k/a/ El Shark Co., a/k/a/ El Shark for Trading, a/k/a/ El Shrouk for Food Industries, a/k/a El Shark for Trade and Distribution (collectively "Al Shark"), one of the defendants in this action, having been settled and neither Al Shark nor any of the remaining defendants nor garnishees having answered, appeared or served any motions for summary judgment, this action, as against Al Shark only, is hereby partially dismissed pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This partial voluntary dismissal shall have no effect on the continuation of the plaintiff's action against the remaining defendants and is made without prejudice and without costs to either the plaintiff or defendant Al Shark.

Dated:   New York, NY
         June 1, 2007

                                        BURKE & PARSONS
                                        Attorneys for Plaintiff
                                        EASTMED SHIPPING &
                                        INTERNATIONAL SERVICES, S.A.E.

                                        By: _____
                                        William F. Dougherty (WD-8719)
                                        100 Park Avenue
                                        New York NY 10017-5533
                                        (212) 354-3800

SO ORDERED:

_____
U.S.D.J.

6/6/07

\\BPIBM346\BP_E\CM\8997_EMS\BP_DOC\0023.DOC

NOTICE AND ORDER OF PARTIAL DISMISSAL                              Page 2