Cardillo & Corbett
Attorneys for Defendant
EL EMAN CO. FOR IMPORT AND EXPORT
29 Broadway
New York, New York 10006
Tel: (212) 344-0464
James P. Rau (JR-7209)


UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x
EASTMED SHIPPING & INTERNATIONAL          :
SERVICES, S.A.E.,                                          07 Civ. 3327(DC)
                                          :
                        Plaintiff,        **RULE 7.1 STATEMENT**
                                          :
           -against-
                                          :

AL SHARK FOR TRADE AND DISTRIBUTION,
a.k.a. AL SHARK CO., a.k.a. EL SHARK      :
CO., a.k.a. EL SHARK FOR TRADING,
a.k.a. EL SHROUK FOR FOOD INDUSTRIES,     :
a.k.a. EL SHARK FOR TRADE &
DISTRIBUTION, EL GEBALY FOR FOOD          :
INDUSTRIES CO., a.k.a. EL GEBALY CO.,
a.k.a. EL GEBALY FOR IMPORT AND EXPORT    :
and AL EMAN COMPANY FOR IMPORT AND
EXPORT, a.k.a. EL EMAN CO., a.k.a. EL     :
EMAN CO. FOR IMPORT AND EXPORT, a.k.a.
EL EMAN CO., a.k.a. EL EMAN FOR IMPORT    :
AND EXPORT,
                                          :
                        Defendants.
---------------------------------------x


        Pursuant to Federal Rule of Civil Procedure 7.1

[formerly Local General Rule 1.9] and to enable District Judges

and Magistrate Judges of the Court to evaluate possible

disqualification or recusal, the undersigned counsel for

defendant, EL EMAN CO. FOR IMPORT AND EXPORT (a private non-

governmental party), certifies that there are no corporate

parents, affiliates and/or subsidiaries of said party which are

publicly held.


Dated:    New York, New York
          September 13, 2007


                        CARDILLO & CORBETT
                        Attorneys for Defendant
                        EL EMAN CO. FOR IMPORT AND EXPORT


                    By: _____
                        James P. Rau (JR7209)