*CHINT*

William F. Dougherty (WD-8719)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/26/07

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**EASTMED SHIPPING &**
**INTERNATIONAL SERVICES, S.A.E.,**

        **Plaintiff,**

        **-against-**

**AL SHARK FOR TRADE AND**
**DISTRIBUTION, a.k.a. AL SHARK CO.,**
**a.k.a. EL SHARK CO., a.k.a. EL SHARK**
**FOR TRADING, a.k.a. EL SHROUK FOR**
**FOOD INDUSTRIES, a.k.a. EL SHARK**
**FOR TRADE & DISTRIBUTION, EL**
**GEBALY FOR FOOD INDUSTRIES CO.,**
**a.k.a. EL GEBALY CO., a.k.a. EL**
**GEBALY FOR IMPORT AND EXPORT**
**and AL EMAN COMPANY FOR IMPORT**
**AND EXPORT, a.k.a. AL EMAN CO.,**
**a.k.a. EL EMAN CO. FOR IMPORT &**
**EXPORT, a.k.a. EL EMAN CO., a.k.a. EL**
**EMAN FOR IMPORT AND EXPORT,**

        **Defendants.**

---

**07 CV 3327 (DC)**

**Electronically Filed**

**STIPULATION AND**
**ORDER OF VOLUNTARY**
**DISMISSAL AS AGAINST**
**DEFENDANT EL EMAN**

It is hereby stipulated by and between the undersigned counsel for Plaintiff Eastmed Shipping & International Services, S.A.E. (the "Plaintiff") and Defendant Al Eman Company for Import and Export, a.k.a. Al Eman Co., a.k.a. El Eman Co. for Import and Export, a.k.a. El Eman Co., a.k.a. El Eman for Import and Export (collectively "El Eman") that the Plaintiff's claim and action against El Eman and El Eman's counterclaim against the Plaintiff are hereby discontinued, without prejudice

and without cost to either party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

This stipulation of discontinuance shall have no effect on the continuation of the Plaintiff's action herein against the remaining defendant El Gebaly for Food Industries Co., a.k.a. El Gebaly Co., a.k.a. El Gebaly for Import and Export and no effect on the continuation of any actions or proceedings commenced by either party and presently pending in Egypt or on any defenses, claims or counterclaims asserted or held by either party in the Egyptian proceedings.

Dated:    New York, NY
          October 24, 2007

CARDILLO & CORBETT
Attorneys for Defendant
El Eman Co. for Import and Export


By: _____
    James P. Rau (JR-7209)

29 Broadway
New York NY 10006
(212) 344-0464

BURKE & PARSONS
Attorneys for Plaintiff
Eastmed Shipping & International
Services, S.A.E.

By: _____
    William F. Dougherty (WD-8719)

100 Park Avenue
New York NY 10017-5533
(212) 354-3800

SO ORDERED:

_____
                    U.S.D.J.

            10/26/07

\\BPIBM346\BP_E\CM\8997_EMS\BP_DOC\0025.DOC

**STIPULATION AND ORDER OF VOLUNTARY DISMISSAL**                    Page 2
AS AGAINST DEFENDANT EL EMAN