William F. Dougherty (WD-8719)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

EASTMED SHIPPING &
INTERNATIONAL SERVICES, S.A.E.,

        Plaintiff,

-against-

AL SHARK FOR TRADE AND
DISTRIBUTION, a.k.a. AL SHARK CO.,
a.k.a. EL SHARK CO., a.k.a. EL SHARK FOR
TRADING, a.k.a. EL SHROUK FOR FOOD
INDUSTRIES, a.k.a. EL SHARK FOR
TRADE & DISTRIBUTION, EL GEBALY
FOR FOOD INDUSTRIES CO., a.k.a. EL
GEBALY CO., a.k.a. EL GEBALY FOR
IMPORT AND EXPORT and AL EMAN
COMPANY FOR IMPORT AND EXPORT,
a.k.a. AL EMAN CO., a.k.a. EL EMAN CO.
FOR IMPORT & EXPORT, a.k.a. EL EMAN
CO., a.k.a. EL EMAN FOR IMPORT AND
EXPORT,

        Defendants.

---

07 CV 3327 (DC)

Electronically Filed

STIPULATION AND
ORDER OF VOLUNTARY
DISMISSAL AS AGAINST
DEFENDANT EL EMAN

    It is hereby stipulated by and between the undersigned counsel for Plaintiff Eastmed Shipping & International Services, S.A.E. (the "Plaintiff") and Defendant Al Eman Company for Import and Export, a.k.a. Al Eman Co., a.k.a. El Eman Co. for Import and Export, a.k.a. El Eman Co., a.k.a. El Eman for Import and Export (collectively "El Eman") that the Plaintiff's claim and action against El Eman and El Eman's counterclaim against the Plaintiff are hereby discontinued, without prejudice and without cost to either party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

In accord with this discontinuance, garnishee Deutsche Bank, AG is hereby directed to cease and desist from any further retention of funds, in the amount of $73,421.02, which were attached on May 3, 2007, pursuant to Process of Maritime Attachment and Garnishment issued on May 1, 2007, by the Clerk of the Court, or pursuant to the Court's *Ex Parte* Order for Process of Maritime Attachment, dated April 30, 2007. Deutsche Bank, AG shall release these funds, totaling $73,421.02, by transferring them to El Eman Co. for Import and Export, in accordance with electronic transfer instructions in place on May 3, 2007, when these funds were originally attached.

This stipulation of discontinuance shall have no effect on the continuation of the Plaintiff's action herein against the remaining defendant El Gebaly for Food Industries Co., a.k.a. El Gebaly Co., a.k.a. El Gebaly for Import and Export and no effect on the continuation of any actions or proceedings commenced by either party and presently pending in Egypt or on any defenses, claims or counterclaims asserted or held by either party in the Egyptian proceedings.

Dated:   New York, NY
         October ____, 2007

CARDILLO & CORBETT                        BURKE & PARSONS
Attorneys for Defendant                   Attorneys for Plaintiff
El Eman Co. for Import and Export         Eastmed Shipping & International
                                          Services, S.A.E.

By: _____           By: _____
    James P. Rau (JR-7209)                    William F. Dougherty (WD-8719)

29 Broadway                               100 Park Avenue
New York NY 10006                         New York NY 10017-5533
(212) 344-0464                            (212) 354-3800

SO ORDERED:

_____
       U.S.D.J.     D. Chin
                    11/8/07

\\BPIBM346\BP_E\CM\8997_BMS\BP_DOC\0025.DOC

STIPULATION AND ORDER OF VOLUNTARY DISMISSAL                          Page 2
AS AGAINST DEFENDANT EL EMAN