William F. Dougherty (WD-8719)
Michael J. Walsh (MW-6578)
Burke & Parsons
100 Park Avenue
New York NY 10017-5533
(212) 354-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK



| | |
|---|---|
| EASTMED SHIPPING & INTERNATIONAL SERVICES, S.A.E., <br><br> Plaintiff, <br><br> -against- <br><br> AL SHARK FOR TRADE AND DISTRIBUTION, a.k.a. AL SHARK CO., a.k.a. EL SHARK CO., a.k.a. EL SHARK FOR TRADING, a.k.a. EL SHROUK FOR FOOD INDUSTRIES, a.k.a. EL SHARK FOR TRADE & DISTRIBUTION, EL GEBALY FOR FOOD INDUSTRIES CO., a.k.a. EL GEBALY CO., a.k.a. EL GEBALY FOR IMPORT AND EXPORT and AL EMAN COMPANY FOR IMPORT AND EXPORT, a.k.a. AL EMAN CO., a.k.a. EL EMAN CO. FOR IMPORT & EXPORT, a.k.a. EL EMAN CO., a.k.a. EL EMAN FOR IMPORT AND EXPORT, <br><br> Defendants. | 07 CV 3327 (DC) <br><br> Electronically Filed <br><br><br> NOTICE AND ORDER OF VOLUNTARY DISMISSAL AS AGAINST DEFENDANT EL GEBALY FOR FOOD INDUSTRIES CO. |

WHEREAS, Plaintiff Eastmed Shipping & International Services, S.A.E. (the "Plaintiff") has previously voluntarily discontinued its claims and action against defendants Al Shark for Trade and Distribution, also known as Al Shark Co., also known as El Shark Co., also known as El Shark for Trading, also known as El Shrouk for Food Industries, also known as El Shark for Trade & Distribution, and Al Eman Company for Import and Export, also known as Al Eman Co., also known as El Eman Co. for Import & Export, also known as El Eman Co., also known as El Eman for Import and Export.

Plaintiff now hereby voluntarily discontinues its claim and action against El Gebaly for Food Industries Co., also known as El Gebaly Co. and El Gebaly for Import and Export, without prejudice and without cost to either party, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure.

Dated:  New York, NY
        November 21, 2007

                                        BURKE & PARSONS
                                        Attorneys for Plaintiff
                                        Eastmed Shipping & International
                                        Services, S.A.E.

                                        By: _____
                                        William F. Dougherty (WD-8719)

                                        100 Park Avenue
                                        New York NY 10017-5533
                                        (212) 354-3800

SO ORDERED:

_____
U.S.D.J.

11/21/07

\\BPIBM346\BP_E\CM\8997_EMS\BP_DOC\0026.DOC

NOTICE AND ORDER OF VOLUNTARY DISMISSAL                        Page 2
AS AGAINST DEFENDANT EL GEBALY